# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

ERON VENTURA,
         Petitioner

vs.

                                    4:19-cv-264
                                    4:17cr-200-1

UNITED STATES OF AMERICA,
         Respondent

## ADOPTION ORDER

The Eleventh Circuit Court of Appeals has dismissed the Notice of Appeal.

**IT IS HEREBY ORDERED** that the Order of the Eleventh Circuit Court of Appeals is made the Order of this Court.

**SO ORDERED**, this \_\_11\_\_ day of August, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA