# In the United States District Court
# for the Southern District of Georgia
# Savannah Division

```
UNITED STATES OF AMERICA     )
                             )
                             )   CR 417-200
v.                           )
                             )
ERON VENTURA,                )
                             )
     Defendant.              )
```

### ORDER

Before the Court is Defendant Eron Ventura's motion for reconsideration of its Order denying his motion for compassionate release. Dkt. No. 64.

Ventura makes various arguments for why his sentence should be reduced, including collaterally attacking his sentence. Through his motion, Ventura is attempting to circumvent having to obtain authorization from the Eleventh Circuit to file a successive § 2255 petition. Section 2255(h) requires that prisoners wishing to file a successive petition to collaterally challenge their conviction must first obtain permission from the Court of Appeals. Ventura has not done so. The Court thus lacks jurisdiction to consider it. <u>Farris v. United States</u>, 333 F.3d 1211, 1216 (11th Cir. 2003).

Secondly, Ventura pleads the Court to take into consideration the progress he has made while incarcerated and

his ambitions to become a productive member of society. While the Court commends Ventura for wanting to make positive changes in his life, those things alone do not warrant compassionate release. As the Court concluded in its previous Order, the factors contained in 18 U.S.C. § 3553(a) weigh in favor of Ventura serving the remainder of his sentence.

Accordingly, Ventura's motion is **DISMISSED** to the extent he seeks to collaterally attack his sentence; and his motion is **DENIED** to the extent he seeks reconsideration of the Court's Order denying his motion for compassionate release.

**SO ORDERED**, this 5 day of March, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2